*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 28, 2016                    522310
_____

In the Matter of COREY FLOOD,
                    Petitioner,

          v                                    MEMORANDUM AND JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____

Calendar Date:  June 6, 2016

Before:  McCarthy, J.P., Garry, Lynch, Devine and Aarons, JJ.

_____

          Corey Flood, Ogdensburg, petitioner pro se.

          Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

          Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Washington County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

          Petitioner commenced this CPLR article 78 proceeding challenging a tier III prison disciplinary determination.  The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to his inmate account.  As petitioner has received all the relief to which he is entitled, the petition must be dismissed as moot (see Matter of Robinson v Prack, 137 AD3d 1452, 1452 [2016]).

McCarthy, J.P., Garry, Lynch, Devine and Aarons, JJ., concur.


ADJUDGED that the petition is dismissed, as moot, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court